**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

JEREMY D KANTOROWICZ
12176 LILY ST NW
COON RAPIDS, MN 55433

Case No: 10–44545 – RJK

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–8317

Debtor(s)

Chapter 7 Case

# DISCHARGE OF DEBTOR(S)

It appears that the debtor(s) are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 9/14/10

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 14, 2010
Lori Vosejpka Clerk, United States Bankruptcy Court
By: admin Deputy Clerk

**dsc7** 12/01/2007 – hlb

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are in the nature of alimony, maintenance, or support;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0864-4           User: admin                 Page 1 of 1                   Date Rcvd: Sep 15, 2010
Case: 10-44545                 Form ID: 7dsc               Total Noticed: 17

The following entities were noticed by first class mail on Sep 17, 2010.
db           +JEREMY D KANTOROWICZ,   12176 LILY ST NW,   COON RAPIDS, MN 55433-1759
smg          +United States Attorney,   600 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
58808487     +DEPARTMENT OF EDUCATION,   PO BIX 10528,   ATLANTA GA 30310
58808488     +FATHER,   12176 LILY ST NW,   COON RAPIDS MN 55433-1759
58808489     +MILLENUIM CREDIT CONSULTANTS,   PO BOX 18160,   WEST SAINT PAUL MN 55118-0160
58808490     +TARGET,   PO BOX 9491,   MINNEAPOLIS MN 55440-9491
58808491     +TCF BANK,   PO BOX 18160,   SAINT PAUL MN 55118-0160
58808493      WELLS FARGO EDUCATION FINANCE,   PO BOX 650725,   DALLAS TX 75265-0725

The following entities were noticed by electronic transmission on Sep 15, 2010.
tr           +EDI: QTDMORATZKA.COM Sep 15 2010 18:43:00      Timothy D Moratzka,   901 Marquette   Ave,
               Ste   1400,   Minneapolis, MN 55402-3264
smg          +EDI: MINNDEPREV.COM Sep 15 2010 18:43:00      Minnesota Department of Revenue,
               Bankruptcy Section,   PO BOX 64447,   St Paul, MN 55164-0447
smg          +E-mail/Text: ustpregion12.mn.ecf@usdoj.gov                           US Trustee,
               1015 US Courthouse,   300 S 4th St,   Minneapolis, MN 55415-3070
58808482      EDI: WFNNB.COM Sep 15 2010 18:43:00      ABERCROMBIE & FITCH,   PO BOX 659728,
               SAN ANTONIO TX 78265-9728
58808483      EDI: ALLIANCEONE.COM Sep 15 2010 18:43:00      ALLIANCE ONE,   PO BOX 3100,
               SOUTHEASTERN PA 19398-3100
58808484     +EDI: RMSC.COM Sep 15 2010 18:43:00      AMERICAN EAGLE,   PO BOX 530942,   ATLANTA GA 30353-0942
58808485      EDI: HFC.COM Sep 15 2010 18:43:00      BEST BUY,   PO BOX 5238,   CAROL STREAM IL 60197-5238
58808486     +EDI: CHASE.COM Sep 15 2010 18:43:00      CHASE,   PO BOX 94014,   PALATINE IL 60094-4014
58808492     +EDI: WFFC.COM Sep 15 2010 18:43:00      WELLS FARGO,   PO BOX 10347,   DES MOINES IA 50306-0347
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 17, 2010**                    **Signature:** _Joseph Speetjens_